IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Malek Aliane, | : | |
| Plaintiff | : | Case No. C2-03-1155 |
| v. | : | Judge Sargus |
| John S. Dean, et al., | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Malek Bouzid Aliane, a prisoner at the Southeastern Correctional Institution ("SCI"), brings this action under 42 U.S.C. § 1983 alleging that defendants Warden John S. Dean and Lt. Vance A. Yurk, the mail room supervisor, placed Aliane in an isolation unit on false charges of forging documents and embezzling property violating Aliane's rights to due process and access to the courts. This matter is before the Court on the Magistrate Judge's April 6, 2005 Report and Recommendation. No objections have been filed.

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the April 6, 2005 Report and Recommendation. Defendants' November 26, 2004 motion for summary judgment (doc. 20) is GRANTED. The Clerk of Court is DIRECTED to enter JUDGMENT for the defendants. This action is DISMISSED.

7-21-2005
Edmund A. Sargus, Jr.
United States District Judge

1